STATE of Missouri, Respondent,

v.

Kenneth FITZWATER, Appellant.

No. WD 63281.

Missouri Court of Appeals,
Western District.

Oct. 19, 2004.

Sarah Weber Patel, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Mr. Kenneth Fitzwater was charged with twenty-six felony offenses and one misdemeanor offense for the crimes of rape, sodomy, incest, and felonious restraint. He was convicted by a jury on seventeen of the counts and sentenced to a total of 201 years in prison. Mr. Fitzwater is appealing only the felonious restraint conviction.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).